**94–2161.** Toledo Blank, Inc. v. Pioneer Steel Serv. Co. *Lucas County*, No. L–92–362. This cause is pending before the court on the certification of conflict by the Court of Appeals for Lucas County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective March 13, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–503.** State v. Green. *Montgomery County*, No. 14371. Appellant has filed an untimely notice of appeal of the court of appeals' decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte*, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Wednesday, March 15, 1995*

## MERIT DOCKET

**94–620.** Uschold v. Community Blood Center. *Montgomery County*, No. 14349. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.